AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Joe Hand Promotions, Inc.,  )
*Plaintiff*  )
v.  )     Civil Action No.     3:10-2576-CMC
Bey Rutherford, a/k/a Madison Rutherford,  )
a/k/a John P. Sankey, d/b/a Bey's Sports Bar,  )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

It is adjudged that *(check one)*:

■ the plaintiff, Joe Hand Promotions, Inc., recover from the defendant, Bey Rutherford, a/k/a Madison Rutherford, a/k/a John P. Sankey, d/b/a Bey's Sports Bar, the amount of Seven Thousand, Five Hundred and 00/100 dollars ($7500.00), plus postjudgment interest at the rate of .30 %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ came before the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding, on a confession of judgment.

Date:   December 23, 2010                                                      *LARRY W. PROPES, CLERK OF COURT*

                                                                                              s/Charles L. Bruorton
                                                                                          *Signature of Clerk or Deputy Clerk*